# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144898 & (12)(13)

UNIVERSITY OF MICHIGAN,
      Respondent-Appellee,

v

                                  SC: 144898
                                  COA: 308663
                                  Ingham CC: 12-000135-AA

GRADUATE EMPLOYEES ORGANIZATION/AFT,
      Petitioner-Appellee,

and

STUDENTS AGAINST GSRA
UNIONIZATION and MELINDA DAY,
      Proposed Intervenors-Appellees,

and

MICHIGAN ATTORNEY GENERAL,
      Proposed Intervenor-Appellant.
_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 29, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2012                                    _____

d0530                                             Clerk